**JS-6**

BREMER WHYTE BROWN & O'MEARA LLP
Keith G. Bremer, State Bar No. 155920
Kit Natland, State Bar No. 187077
20320 S.W. Birch Street, Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001
kbremer@bremerandwhyte.com
knatland@bremerandwhyte.com

Attorneys for Defendants,
SHERMAN WAY GARDENS LTD., L.P. DBA
OLIVE TREE APARTMENTS, PAMELA WASIF,
HERB RESTON, FELICE RESTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PATRICIA JO URIBE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHERMAN WAY GARDENS LTD., L.P. DBA OLIVE TREE APARTMENTS, PAMELA WASIF, HERB RESTON, FELICE RESTON,<br><br>　　　　Defendants. | Case No. CV08-04124 VBF (FFMx)<br><br>Assigned for All Purposes To:<br>Judge: Hon. Valerie Baker Fairbank<br>Ctrm: 9<br><br>**JUDGMENT** |

　　　This action came on for hearing before the Court, on March 30, 2009, Hon. Valerie Baker Fairbank, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed on the merits and that Defendants recover their costs.

Dated: 4/7/09

　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　Hon. Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　Judge, United States District Court

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

C:\Temp\notesE1EF34\Judgment.doc